UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE BOWER,

    Plaintiff,                                     Civil No. 2:21-CV-11331
                                                 HONORABLE ARTHUR J. TARNOW
v.                                               UNITED STATES DISTRICT JUDGE

HEATHER L. HAYS, et. al.,

    Defendants,
_____/

**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME
TO CORRECT THE FILING DEFICIENCY**

Plaintiff is an inmate currently confined at the Cooper Street Correctional Facility in Jackson, Michigan. On June 30, 2021, Magistrate Judge David R. Grand signed an order of deficiency, directing plaintiff to provide an application to proceed without prepayment of fees, a certification of inmate's trust account and a computerized trust fund account statement within thirty days of the order. Plaintiff has filed a motion for an extension of time to cure the filing deficiency in order to obtain the documentation to cure his filing deficiency.

A district court may, in its discretion, grant an additional thirty days from the date of the filing of the extension order to allow a prisoner to correct a deficiency with his pleadings. *See McGore v. Wrigglesworth,* 114 F. 3d 601, 605 (6th Cir. 1997). Plaintiff has shown good cause for an extension of time to correct the

deficiency. Accordingly, the court grants Plaintiff an additional thirty days from the filing of this order to correct the deficiency in his pleadings by submitting the documentation needed to support his application to proceed without prepayment of fees and costs. Failure to file the documentation within thirty days of this extension order will result in dismissal of the action.

                                              _s/Arthur J. Tarnow_____
                                              HON. ARTHUR J. TARNOW
                                              UNITED STATES DISTRICT JUDGE

DATED: August 3, 2021